IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

REV. JASPER MAYS, et al                                                                PLAINTIFFS

VS.                                        NO. 88-1076 SH

ARKANSAS DEPARTMENT OF
EDUCATION, et al                                                                        DEFENDANTS

DON ARENSMAN, et al                                                                  INTERVENORS

**HAMBURG SCHOOL DISTRICT NO. 51 (the "DISTRICT") AND
HAMBURG SCHOOL DISTRICT NO. 51 BOARD OF EDUCATION'S
(the "BOARD") DAUBERT MOTION TO EXCLUDE THE EXPERT
TESTIMONY OF SHARON A. BYRD COLLINS, Ed.D.**

The DISTRICT and the BOARD move for an order, pursuant to Fed. R. Evid. 403, 702 and Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993), excluding the proposed expert testimony of Sharon A. Byrd Collins, Ed.D. on the grounds that (i) the proposed testimony fails to meet the standards for expert testimony set forth in Rule 702 and the United States Supreme Court's opinion in Daubert, and (ii) is more prejudicial than probative under Rule 403. In support of its motion, the DISTRICT and the BOARD are submitting an opening brief.

                              HAMBURG SCHOOL DISTRICT NO. 51 and
                              HAMBURG SCHOOL DISTRICT NO. 51
                              BOARD OF EDUCATION, DEFENDANTS

By:    HAMILTON, HAMILTON & LEONARD, PLLC
          Its Attorneys
          Post Office Box 71
          Hamburg, Arkansas 71646
          (870) 853-5461

Per:   /s/James A. Hamilton
           JAMES A. HAMILTON
           Arkansas Bar No. 89168

1

## CERTIFICATE OF SERVICE

I, James A. Hamilton, attorney for Defendants herein, hereby certify that a copy of the foregoing was duly served by mailing to the following persons on May 27, 2014:

>Mr. John W. Walker
>Attorney at Law
>1723 Broadway Street
>Little Rock, Arkansas 72206-1250
>
>Mr. Don Arensman
>Post Office Box 39
>Portland, Arkansas 71663

>/s/James A. Hamilton
>JAMES A. HAMILTON